

```
IN THE DISTRICT COURT OF THE UNITED STATES
       FOR THE MIDDLE DISTRICT OF ALABAMA
              EASTERN DIVISION
```

MAR 14 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cr 53-MEF |
| | ) | [21 USC 846; |
| CEDRICK BROWN | ) | 21 USC 841(a)(1)] |
| and | ) | |
| LAMARIO HARRIS | ) | |
| | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

## COUNT 1

That from an unknown date, and continuing thereafter up to, on or about November 8, 2006, exact dates being known and unknown to the Grand Jury, within the Middle District of Alabama, and elsewhere, defendants

CEDRICK BROWN, and
LAMARIO HARRIS

did knowingly and intentionally conspire, combine and agree together and with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute less than 500 grams of a mixture and substance containing a detectable amount of cocaine hydrochloride, 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly known as "crack", both Schedule II Controlled Substances, and less than 50 kilograms of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT 2

That on or about October 31, 2006, within the Middle District of Alabama, defendants

CEDRICK BROWN, and
LAMARIO HARRIS,

did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly known as "crack", a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 3

That on or about April 12, 2006, within the Middle District of Alabama, defendant

CEDRICK BROWN,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, more commonly known as "crack", a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Susan R. Redmond
Assistant United States Attorney

2