UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  3:08-CR-53-MEF |
| ) | |
| LAMARIO HARRIS ) | |

<u>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO THE HONORABLE <u>                 </u>, UNITED STATES MAGISTRATE JUDGE:

      Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against LAMARIO HARRIS, now in custody of the Elmore County Jail, Wetumpka, AL, and that said cause is set for arraignment at 10:30 a.m. on April 30, 2008, before this Honorable Court to be held at Montgomery, Alabama.

      WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Elmore County Jail, Wetumpka, AL, commanding them to deliver said prisoner, LAMARIO HARRIS, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

      Respectfully submitted this 20th day of March, 2008.

      LEURA G. CANARY
      UNITED STATES ATTORNEY

      /s/ Susan R. Redmond
      SUSAN R. REDMOND
      Assistant United States Attorney
      131 Clayton Street
      Montgomery, Alabama 36104
      (334) 223-7280   (334) 223-7138 Fax
      susan.redmond@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08-CR-53-MEF |
| | ) | |
| LAMARIO HARRIS | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed March 20, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Elmore County Jail, Wetumpka, AL, commanding them to deliver the said prisoner, LAMARIO HARRIS, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 p.m. on April 30, 2007, and to return said prisoner, to said official when the Court has finished with him.

DONE this the _____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE