UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08-CR-53-MEF |
| | ) | |
| LAMARIO HARRIS | ) | |

### O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. #5), filed March 20, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Elmore County Jail, Wetumpka, AL, commanding them to deliver the said prisoner, LAMARIO HARRIS, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 a.m. on April 30, 2008, and to return said prisoner, to said official when the Court has finished with him.

Done, this 21st day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE