IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:08CR53-MEF |
| | ) | |
| LAMARIO HARRIS | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   ELMORE COUNTY JAIL
                                 WETUMPKA , ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of ____**LAMARIO HARRIS**____,

a prisoner in your institution and under your control, as it is said, under safe and secure conduct,

to appear before the United States District Court for the Middle District of Alabama, at

Courtroom 4-B of said Court, in the City of MONTGOMERY on **April 30, 2008, at 10:30 A.M.**,

to answer charges pending in said court and for such other proceedings as may appear proper to

the court; and thereafter, that you return the said defendant to the above-named institution under

safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 21st day of March, 2008.

               DEBRA P. HACKETT, CLERK
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF ALABAMA

               BY: *[signature: Kelli Gregg]*
               Deputy Clerk