IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:08cr53-MEF |
| | ) | |
| LAMARIO HARRIS | ) | |

## **ORDER**

For good cause, it is

ORDERED that a pretrial conference previously scheduled for July 28, 2008 be and hereby is rescheduled for 3:00 p.m. on June 3, 2008 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the motion deadline previously set for July 26, 2008 be and hereby is changed to June 13, 2008.

Done, this 27th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE