IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:08cr53-MEF |
| | ) | |
| CEDRICK BROWN | ) | |
| LAMARIO HARRIS | ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on June 3, 2008 before the undersigned Magistrate Judge. Present at this conference were Christine Freeman standing in for Kevin Butler, counsel for defendant Cedrick Brown; Benjamin Schoettker, counsel for defendant Lamario Harris; and Assistant United States Attorney Susan Redmond, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for August 11, 2008 in Opelika, Alabama. The trial of this case is set during the trial term commencing on August 11, 2008 before Chief United States District Judge Mark E. Fuller in Opelika, Alabama and is expected to last 2 days.

2. There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before August 4, 2008. Counsel should not include questions seeking information which is

provided in the jury questionnaire.

4. All motions in limine shall be filed on or before August 4, 2008. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before August 4, 2008.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on July 30, 2008. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on August 11, 2008. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on August 11, 2008, as to all defendants, even though a particular guilty plea was not accepted by the court.

7. This case is set for a final pretrial conference on July 28, 2008 at 3:00 p.m. in Courtroom 5B.

DONE, this 6th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE