IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO.   3:08-cr-53-MEF |
| LAMARIO HARRIS | ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #21), filed on June 9, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of LAMARIO HARRIS into the custody of Tom Halasz, DEA Special Agent, and/or Doug Walters, DEA TFO, on June 11, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Tom Halasz and/or DEA TFO Doug Walters return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 9th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE