IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cr53-MEF |
| | ) | |
| LAMARRIO HARRIS | ) | |

## NOTICE OF INTENT TO CHANGE GUILTY PLEA

COMES NOW, the Defendant, LAMARRIO HARRIS, by and through undersigned counsel, Benjamin E. Schoettker, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 30th day of July, 2008.

Respectfully submitted,

s/ Benjamin E. Schoettker
BENJAMIN E. SCHOETTKER
Barfoot & Schoettker, LLC
608 South Hull Street
Montgomery, Alabama 36104
PH: (334) 834-3282
FX: (334) 262-8897
Email: Bes@barfootschoettker.com
AL Bar Code: SCH091

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **CR. NO. 3:08cr53-MEF** |
| ) | |
| **LAMARRIO HARRIS** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Benjamin E. Schoettker
    BENJAMIN E. SCHOETTKER
    Barfoot & Schoettker, LLC
    608 South Hull Street
    Montgomery, Alabama 36104
    PH: (334) 834-3282
    FX: (334) 262-8897
    Email: Bes@barfootschoettker.com
    AL Bar Code: SCH091